# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS KEITH TICHENOR,<br><br>Petitioner,<br><br>v.<br><br>L.J. MILUSNIC, Warden,<br><br>Respondent. | Case No.: 19cv1596 MMA (JLB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has not paid the $5.00 filing fee and has not filed a motion to proceed in forma pauperis. The case cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis.

Further, the United States District Court for the Southern District of California does not appear to be the proper venue for Petitioner's claims. In his Petition, Petitioner contends that his conviction for being a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g) is "unconstitutional and/or void according to *Rehaif v. United States*, No. 17-9560 [because] [t]he indictment failed to state all elements required under statute." (Pet., ECF No. 1 at 3.) He also contends that "[t]he sentencing court failed to include the 'knowledge' of prohibit[ed] status as an element of Count III." (*Id.*) Generally, motions to contest the legality of a sentence must be filed under [28 U.S.C.] § 2255 in the

1

sentencing court, while petitions that challenge the manner, location, or conditions of a sentence execution must be brought pursuant to [28 U.S.C.] § 2241 in the custodial court." *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000). Petitioner is currently housed at the United States Prison in Victorville, California, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division. *See* 28 U.S.C. § 84(c)(1). Petitioner is challenging a federal conviction and sentence which occurred in Missoula, Montana, which is within the jurisdictional boundaries of the United States District Court for the District of Montana. *See* 18 U.S.C. § 106. Thus, jurisdiction lies in either the Central District of California or the District of Montana, but not in the Southern District of California.

## CONCLUSION

For the foregoing reasons, the Court **DISMISSES** this case without prejudice. Petitioner is advised that if he wishes to pursue this case, he should file either a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court for the Central District of California, Eastern Division, or a motion pursuant to 28 U.S.C. § 2255 in the United States District Court for the District of Montana.

**IT IS SO ORDERED.**

Dated: August 27, 2019

Hon. Michael M. Anello
United States District Judge